**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Felix CANTU-ONTIVEROS, also known as Felix Cantu, also known as Felix Humberto Ontive Cantu, also known as Felix Humberto Cantu, also known as Felix Cantu Ontiveros, Defendant-Appellant**

**No. 17-20368**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Filed February 23, 2018

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Felix Cantu-Ontiveros, Pro Se

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Felix Cantu-Ontiveros has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Cantu-Ontiveros has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Cantu-Ontiveros's motion for the appointment of counsel is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.